```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00474
  ZELJKO KAMPEL
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-2000


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/10/08 .

    2.  The case was dismissed without confirmation, 02/08/2008.

----------------------------------------------------------------------
CREDITOR NAME                CLASS        CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
----------------------------------------------------------------------

        Summary of disbursements:
----------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00          .00           .00
PRINCIPAL PAID         .00         .00          .00          .00           .00
INTEREST PAID          .00         .00          .00          .00           .00
TOTAL PAID             .00         .00          .00          .00           .00
The Debtor's attorney, PRO SE DEBTOR                   , was allowed $      .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




        Dated: 05/21/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 08 B 00474 ZELJKO KAMPEL
```